IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN GERALD DANIELS, III,

    Petitioner,                    No. CIV S-04-2337 FCD JFM P

    vs.

DERRAL ADAMS,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding in forma pauperis and in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 26, 2006, respondent filed a request for leave to advise the court concerning new case law relevant to petitioner's claims. <u>Dixon v. United States</u>, \_\_\_\_ U.S. \_\_\_\_, 126 S.Ct. 2437 (2006). Good cause appearing, respondent's request will be granted. Petitioner will be provided an opportunity respond to respondent's June 26 filing.

        Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, petitioner may file a response to respondent's June 26, 2006 filing. At that time the matter will stand submitted.

DATED: January 30, 2007.

                                            /s/ John F. Moulds
                                          UNITED STATES MAGISTRATE JUDGE

/001; dani2337.fb